

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION

| | |
|---|---|
| Arora v. Midland Credit Management, Inc. et al., ) | |
|    S.D. California, C.A. No. 3:15-01712 ) | MDL No. 2286 |
|    (N.D. Illinois, C.A. No. 1:15-06109) ) | |

## ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER
## AND VACATING THE JANUARY 28, 2021, HEARING SESSION ORDER

A conditional remand order was filed in the above-listed action (*Arora*) on November 23, 2020. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Arora* filed a notice of opposition to the proposed remand. The Panel has now been advised that plaintiff has withdrawn his opposition to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on November 23, 2020, is LIFTED insofar as it relates to this action. The action is remanded to the Northern District of Illinois.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 15, 2020, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel