# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM GAZANCHIYANTS,<br><br>        Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 15-cv-2375-MMA (MDD)<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS**<br><br>[Doc. No. 18] |

The parties have filed a joint stipulation to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 18.[1]  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: April 27, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The Court construes the parties' stipulation as a joint motion pursuant to Civil Local Rule 7.2.